| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>STEVEN T. GUBNER - Bar No. 156593<br>RICHARD D. BURSTEIN - Bar No. 56661<br>JORGE A. GAITAN - Bar No. 288427<br>BRUTZKUS GUBNER<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367<br>Telephone:   (818) 827-9000<br>Facsimile:    (818) 827-9099<br>Email:  sgubner@bg.law<br>           rburstein@bg.law<br>           jgaitan@bg.law<br><br>*Attorney for   David Seror, Chapter 7 Trustee* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br>**DEC 09 2019**<br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY Pgarcia    DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - San Fernando Valley Division DIVISION**

| In re:<br><br>ANTOINE R. CHAMOUN, aka TONY CHAMOUN aka D&J FLOORING AND DESIGN aka T & J FLOORING AND DESIGN, INC.,<br>                                                      Debtor(s).<br><br>DAVID SEROR, Chapter 7 Trustee,<br><br>                                                      Plaintiff(s),<br>vs.<br><br>WALID R. CHAMOUN, an individual, PATRICIA CHAMOUN, an individual.<br>                                                      Defendant. | CASE NO.: 1:18-bk-11620-VK<br>CHAPTER: 7<br>ADVERSARY NO.: 1:19-ap-01105-VK<br><br>**ORDER ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR**<br><br>☒ **EXHIBIT ATTACHED**<br>**(PARTIES' SIGNATURE PAGE)**<br><br>[NO HEARING REQUIRED] |

This *Adversary proceeding*
            (Adversary proceeding/name of dispute in main case)
is assigned to the Bankruptcy Mediation Program of this district, and the following are appointed as Mediator and Alternate Mediator:

| Mediator: | Alternate mediator: |
|---|---|
| Jason Pomerantz<br>Name | Sharon Weiss<br>Name |
| Pachulski Stang Ziehl & Jones<br>Firm name | Bryan Cave Leighton Paisner LLP<br>Firm name |
| 10100 Santa Monica Blvd., 13th Fl. | 120 Broadway, Suite 300 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Address

Los Angeles, CA 90067-4003
City, state, zip code

310-277-6910
Telephone

_____
Facsimile

jspomerantz@pszjlaw.com
Email address

Address

Santa Monica, CA 90401-2386
City, state, zip code

310-576-2276
Telephone

310-260-7176
Facsimile

sharon.weiss@bclplaw.com
Email address

The attorneys for the parties are:

Attorney for Plaintiff:

Richard D. Burstein
Name

Brutzkus Gubner
Firm name

21650 Oxnard Street, Suite 500
Address

Woodland Hills, CA 91367
City, state, zip code

818-827-9000
Telephone

818-827-9099
Facsimile

rburstein@bg.law
Email address

Attorney for Defendants:

Robert S. Altagen
Name

Law Offices of Robert S. Altagen, Inc.
Firm name

1111 Corporate Center Dr., #201
Address

Monterey Park, CA 91754
City, state, zip code

323-268-9588
Telephone

323-268-8742
Facsimile

robertaltagen@altagenlaw.com
Email address

**[Attach additional page(s) if necessary.]**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*March 2017*                                         Page 2                                         **F 702**

F 702

Description of the Matter:

1. ☐ Objection to claim/claim resolution
2. ☐ Plan
   - ☐ Objection to plan confirmation
   - ☐ Plan formulation/negotiation
3. ☐ Valuation
4. ☐ Preference
5. ☒ Fraudulent transfer
6. ☐ Lien avoidance
7. ☐ Dischargeability
   Specify grounds: _____

8. ☐ Other. Please specify: _____

Amount of money at issue in Matter:

1. ☐ $0 to $1,000
2. ☐ $1,001 to $10,000
3. ☐ $10,001 to $50,000
4. ☐ $50,001 to $100,000
5. ☐ $100,001 to $500,000
6. ☒ $500,001 to $1,000,000
7. ☐ $1,000,001 to $5,000,000
8. ☐ $5,000,001 to $10,000,000
9. ☐ If more than $10,000,000,
   state amount: $ _____
10. ☐ Money not at issue.

Instructions from the Court:

1. Re: filing and service of this Order:

   a. If Order is submitted to court by party(ies)

      (1) For electronic submission of orders, refer to Section 4 of the Court Manual.

      (2) The party(ies) submitting this Order must file the following with the court: (a) the original and one (1) copy of this Order, and (b) a Proof of Service of Document which reflects service of this Order on the mediator, the alternate

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017                                    Page 3                                    **F 702**

mediator, the mediation program administrator (Hon. Barry Russell) and any individual(s) and/or entity(ies) and/or other interested party(ies) as may be designated by the judge.

    b.   <u>If Order is prepared by the judge:</u>

(1) The following individual must serve a copy of this Order on the mediator, the alternate mediator, and the mediation program administrator (Hon. Barry Russell): _____

(2) The following additional individual(s) and/or entity(ies) and/or other interested party(ies) must be served by the individual designated in note (b)(1) above with a copy of this Order: [Attach additional page(s) if necessary.]

_____

(3) The individual designated in note (b)(1) above must file an original Proof of Service which reflects service of this Order on the mediator, the alternate mediator, the mediation program administrator, and the individual(s) and/or entity(ies) and/or interested party(ies) listed in note 1(b) above.

2.   <u>Other: [Attach additional page(s) if necessary.]</u> _____

The parties are to comply with the provisions of Third Amended General Order No. 95-01.

IT IS SO ORDERED:

###

Date: December 9, 2019

Victoria S. Kaufman
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*March 2017*    Page 4    **F 702**

[EXHIBIT – PARTIES' SIGNATURE PAGE]

SUBMITTED JOINTLY BY:

Date: 12/5/19

Plaintiff David Seror, Chapter 7 Trustee
Printed name of party

_____
Signature of party

Date: 12/5/19

Brutzkus Gubner, by Richard D. Burstein
Printed name of party's attorney

_____
(Signature of party's counsel)

Date: 12/2/19

Defendant Walid Chamoun / Defendant Patricia Chamoun
(Name of party)

_____
(Signature of party)

Date: 11/27/19

Law Offices of Robert S. Altagen, by Robert S. Altagen
(Name of party's counsel)

_____
(Signature of party's counsel)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017                                                    Page 5                                                    F 702

[EXHIBIT – PARTIES' SIGNATURE PAGE]

SUBMITTED JOINTLY BY:

Date _____    Plaintiff David Seror, Chapter 7 Trustee
Printed name of party

_____
Signature of party

Date _____    Brutzkus Gubner, by Richard D. Burstein
Printed name of party's attorney

_____
(Signature of party's counsel)

Date 11/22/19    Defendant Wade Champion / Defendant Patricia Champion
Name of party

_____
(Signature of party)

Date 11/27/19    Law Offices of Robert S. Altagen, by Robert S. Altagen
Name of party's counsel

_____
(Signature of party's counsel)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017    Page 5    F 702

**[EXHIBIT – PARTIES' SIGNATURE PAGE]**　　　　　　**F 702**

**SUBMITTED JOINTLY BY:**

Date:_____　　　　Plaintiff David Seror, Chapter 7 Trustee
　　　　　　　　　　　　　　　　　　Printed name of party

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Signature of party

Date:_____　　　　Brutzkus Gubner, by Richard D. Burstein
　　　　　　　　　　　　　　　　　　Printed name of party's attorney

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　(Signature of party's counsel)

Date:_____　　　　Defendant Walid Chamoun / Defendant Patricia Chamoun
　　　　　　　　　　　　　　　　　　(Name of party)

　　　　　　　　　　　　　　　　　　_____/_____
　　　　　　　　　　　　　　　　　　(Signature of party)

Date:_____　　　　Law Offices of Robert S. Altagen, by Robert S. Altagen
　　　　　　　　　　　　　　　　　　(Name of party's counsel)

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　(Signature of party's counsel)

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*March 2017*　　　　　　　　　　　　　　Page 5　　　　　　　　　　　　　　**F 702**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367.

A true and correct copy of the foregoing document entitled **ORDER ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **December 5, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) stated below:

Robert S Altagen    robertaltagen@altagenlaw.com
Richard Burstein    rburstein@bg.law, ecf@bg.law
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL** (indicate method for each person or entity served):
On **December 5, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Mediator: | Alternate Mediator: | Honorable Barry Russell |
|---|---|---|
| Jason Pomerantz | Sharon Weiss | Mediation Program Administrator |
| Pachulski Stang Ziehl & Jones | Bryan Cave Leighton Paisner LLP | 255 E. Temple, Room 1660 |
| 10100 Santa Monica Blvd., 13th Fl. | 120 Broadway, Suite 300 | Los Angeles, CA 90012 |
| Los Angeles, CA 90067-4003 | Santa Monica, CA 90401-2386 | |

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 5, 2019 | KRISTINA DOW | /s/ Kristina Dow |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017                    Page 6                    F 702